Date Filed: 4/29/2011 2:10:00 PM
Effective: 5/1/2011
Elaine F. Marshall
North Carolina Secretary of State
C201111900215

*State of North Carolina*
*Department of the Secretary of State*

## ARTICLES OF MERGER

Pursuant to North Carolina General Statute Sections 55-11-05(a), 55A-11-09(d), 55A-11-04, 57C-9A-22(a), 59-73.32(a) and 59-1072(a), as applicable, the undersigned entity does hereby submit the following Articles of Merger as the surviving business entity in a merger between two or more business entities.

1. The name of the surviving entity is Wells Fargo Bank, National Association____, a *(check one)*
   [X] corporation, [ ] nonprofit corporation, [ ] professional corporation, [ ] limited liability company, [ ] limited partnership, [ ] partnership, [ ] limited liability partnership organized under the laws of
   the United States ____ *(state or country)*.

2. The address of the surviving entity is:

   Street Address 101 N. Phillips Avenue  City Sioux Falls
   State South Dakota  Zip Code 57104  County Minnehaha

   *(Complete only if the surviving business entity is a foreign business entity that is not authorized to transact business or conduct affairs in North Carolina.)* The mailing address of the surviving foreign business entity is: _____. The Surviving foreign business entity will file a statement of any subsequent change in its mailing address with the North Carolina Secretary of State.

3. For each merging entity: *(if more than one, complete on separate sheet and attach.)*
   The name of the merged entity is Wachovia Mortgage Corporation____, a *(check one)*
   [X] corporation, [ ] nonprofit corporation, [ ] professional corporation, [ ] limited liability company, [ ] limited partnership, [ ] partnership, [ ] limited liability partnership organized under the laws of
   North Carolina ____ *(state or country)*.

4. If the surviving business entity is a domestic business entity, the text of each amendment, if any, to the Articles of Incorporation, Articles of Organization, or Certificate of Limited Partnership within the Plan of Merger is attached.

5. A Plan of Merger has been duly approved in the manner required by law by each of the business entities participating in the merger.

6. These articles will be effective upon filing unless a delayed date and/or time is specified 12:01 a.m. on May 1, 2011

This the 28th day of April, 2011.

Wells Fargo Bank, National Association
*Name of Entity*

[signature]
*Signature*

James E. Hanson, Senior Vice President
*Type or Print Name and Title*

NOTES:
1. Filing fee is $50 for For-profit entities.
2. Filing fee is $25 for Non-profit entities.
3. This document must be filed with the Secretary of State. Certificate(s) of Merger must be registered pursuant to the requirements of N.C.G.S. Section 47-18.1

*(Revised September 2005)*
CORPORATIONS DIVISION  P. O. BOX 29622  RALEIGH, NC 27626-0622

*(Form BE-15)*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
WILKESBORO DIVISION

IN RE:
JOEL HAMPTON PATTERSON, III
KAREN YVETTE PATTERSON AKA             12-50201
KAREN CLENDENIN PATTERSON              CHAPTER 7
DEBTOR(S)

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing the attached "Exhibit A" upon:

| (Served via U.S. Mail) | (Served via U.S. Mail) |
|---|---|
| Joel Hampton Patterson, III and Karen Yvette Patterson<br>643 Isle Of Pines Rd<br>Mooresville, NC 28117 | Attn: Managing Agent<br>Wells Fargo Bank, NA<br>P.O. Box 4233<br>Portland, OR 97208 |
| (Served via U.S. Mail and Electronic Notification) | (Served via U.S. Mail and Electronic Notification) |
| Michael K Elliott<br>PO Box 1821<br>Huntersville, NC 28078 | Barrett Crawford<br>P.O. Box 400<br>Valdese, NC 28690 |

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

This the 28th day of September, 2012.

*s/ Kimberly A. Sheek*
Kimberly A. Sheek
N.C. State Bar No.: 34199
Attorney for Creditor
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
704/333-8107

12-024844

12-024844